# EXHIBIT 1



# This Citation Is Presented To

# Carmen's Corner Store

✦✦✦

IN CELEBRATION OF ITS GRAND OPENING

In anticipation of its providing convenient and affordable items
and of its becoming a cornerstone of the community,
and with best wishes for its success.

*[signature: Chris Van Hollen]*

**Chris Van Hollen**
United States Senator

On This Day,
The Sixteenth of July,
Two Thousand Nineteen