# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARMEN'S CORNER STORE, a sole proprietorship; RETAIL4REAL, a sole proprietorship; and ALTIMONT MARK WILKS, owner and operator of Carmen's Corner Store and Retail4Real<br><br>*Plaintiffs*,<br><br>v.<br><br><br><br>SMALL BUSINESS ADMINISTRATION; JOVITA CARRANZA, in her official capacity as Administrator of the Small Business Administration; STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury; and THE UNITED STATES OF AMERICA<br><br>*Defendants.* | Civil Action No. _____<br><br>**APPENDIX OF EXHIBITS** |

# INDEX OF EXHIBITS

Exhibit No. & Description

1. Senator Chris Van Hollen's Reognition of Carmen's Corner Store's Grand Opening

2. Congressman David Trone's Recognition of Carmen's Corner Store's Grand Opening

3. The Maryland General Assembly's Recognition of Carmen's Corner Store's Grand Opening

4. Certificate of Recognition from Washington County, Maryland, Board of County Commissioners

5. Special Recognition from City of Hagerstown Mayor Robert E. Bruchey, II

6. Recognition of Carmen's Corner Store by the Maryland Small Business Development Center

7. Congressional Recognition of Altimont Mark Wilks as a Member of the Inaugural Graduating Class of the Knowledge Empowers You (K.E.Y.) Program

8. Letter from Eleven Members of Congress to Administrator Jovita Carranza and Treasury Secretary Steven Mnuchin (April 6, 2020)

9. Letter from Senators Rob Portman and Benjamin L. Cardin to Administrator Jovita Carranza and Treasury Secretary Steven Mnuchin (April 30, 2020)

10. Letter from Sixty-Six Member of Congress and Twenty-Three Senators to Administrator Carranza and Secretary Mnuchin (April 15, 2020)

11. Paycheck Protection Program Borrower Application Form

12. Document Provided to Altimont Mark Wilks by Carmen Fox, Assistant Vice President of AmeriServ Financial Bank in Hagerstown, Maryland

13. Email Correspondence between Altimont Mark Wilks and Carmen Fox, Assistant Vice President of AmeriServ Financial Bank in Hagerstown, Maryland